PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
_____ DIVISION

Douglas Brown
Plaintiff's Name and ID Number #604352

Lewis Unit T.D.C.J
Place of Confinement

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 26 2024

CLERK, U.S. DISTRICT COURT
By_____ Deputy

3-24CV-218-B

CASE NO._____
(Clerk will assign the number)

v. City of Dallas Chief Garcia
Dallas Police Dept
Defendant's Name and Address 1400 Botham Jean Dallas TX 75215

Officer Lyons
Defendant's Name and Address 1400 Botham Jean Dallas TX 75215

Officer Holly Harris
Defendant's Name and Address 1400 Botham Jean Dallas TX 75215
( DO NOT USE "ET AL.")

**INSTRUCTIONS - READ CAREFULLY**

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form**.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of **$405.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

[handwritten in left margin: Don't Remember]

        1. Approximate date of filing lawsuit:_____

        2. Parties to previous lawsuit:

           Plaintiff(s)_____

           Defendant(s)_____

        3. Court: (If federal, name the district; if state, name the county.)_____

        4. Cause number:_____

        5. Name of judge to whom case was assigned: _____

        6. Disposition: (Was the case dismissed, appealed, still pending?) _____

        7. Approximate date of disposition:_____

II. PLACE OF PRESENT CONFINEMENT: Lewis Unit T.D.C.J

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Douglas Brown #04352
777 FM 3499 Woodville Tx 75990

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: City of Dallas

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #2: Dallas Police Chief Eddie Garcia
1400 Botham Jean, Dallas Tx 75215

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: Officer Lyons
1400 Botham Jean, Dallas Tx 75215

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: Officer Molly Harris
1400 Botham Jean, Dallas Tx 75215

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: ___

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On 6·4·2022, I was Arrested and beaten by Dallas Police officer Lyons I was punched in the Face with Closed Fist while on the ground Handcuffed My head was Raised then slammed into the Concrete. I loss 3 teeth and Suffered Facial lacerations This is All on the Dash and Body cam Footage which im being Denied of obtaining. The Resisting Arrest was Dismissed (see Attached)

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

$300,000 Compensation For Injury, Pain and Suffering

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Douglas Brown

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

465636, 527168, 664352

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division):_____
   2. Case number:_____
   3. Approximate date sanctions were imposed:_____
   4. Have the sanctions been lifted or otherwise satisfied? ___YES ___NO

4

Cont;
I've Tried to No Avail to Obtain the Investigative Files From the Dallas Police Internal Affairs. (CN-2023-041) The Public Integrity Unit has Also Ignored my Request For Officer Lyons First Name. I have no way to get the needed Evidents which includes the Dash and Body Cam Footage that is the Visual Evident that will Substain my Claim of Excessive Force. I Do have Some Documentation Evidents but im Not Sure of when to mail it to the Courts. Please Understand that im No Attorny and I Suffer from Several Mental Conditions and Cant Compete with an Experienced Attorny which leaves me at a Disadvantage in Getting Justice. This Claim was Originally mailed 7/27/2023 yet the Law Library Supervisor here on The Lewis Unit Mishandled the Complaint and According to the Mail Room Logs it never was Recieved by the Mail Room
Please Notify me when you Recieve this Second Complaint.

Douglas Brown
664352
Lewis Unit

C. Has any court ever warned or notified you that sanctions could be imposed? _____ YES __✓__ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division):_____
   2. Case number:_____
   3. Approximate date warning was issued:_____

Executed on: __1-11-2024__
                DATE

_____
(Signature of Plaintiff)
Douglas Brown

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __11th__ day of __January__, 20 __24__.
         (Day)              (month)           (year)

_____
(Signature of Plaintiff)
Douglas Brown

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

# United States District Court
## Northern District of Texas

*Dallas Division*

12/18/2023

Douglas Brown
#664352
TDCJ Lewis Unit
777 FM 3497
Woodville, TX 75990

Re: Your correspondence received in the U.S. District Clerk's Office on 12/15/2023
Case No./Style:

The Clerk's Office opened case 3:23-cv-2599 in error. The case is now abandoned. Please disregard the notice and instruction to pro set party and the consent form. If you wish to assert civil rights violations, I have enclosed a civil rights complaint and motion to proceed in form pauperis forms. At this time, the Clerk's Office does show any recent pending cases ?

*[Handwritten note:]* I'm Confused, One Document States I have **No** pending Cases yet this one Clearly Say the Clerks office "Doe's Show" Please Show these Documents to A Judge

Sincerely,

Deputy Clerk - axm

# United States District Court
## Northern District of Texas

*Dallas Division*

12/8/2023

Douglas Brown
#664352
TDCJ Lewis Unit
777 FM 3497
Woodville, TX 75990

Re: Your correspondence received in the U.S. District Clerk's Office on 11/14/23 & 11/27/23
Case No./Style:

The Clerk's Office opened case 3:23-cv-2599 in error. The case is now abandoned. The court's authority is limited to civil and criminal cases that are pending before it. To the extent you wish to assert civil rights violations, I have enclosed a civil rights complaint form and a form on which you may apply to proceed in forma pauperis.

Sincerely,
Deputy Clerk - axm

---

*Handwritten annotation:*

Some how the Courts opened A Case # 3:23-CV-2599 in ERROR? My Original Complaint was Notarized and left with Law Library Staff to mail, yet Now you opened A Case that I know Nothing About?

# United States District Court
## Northern District of Texas

Dallas Division

10/31/2023 ✓

Douglas D. Brown
#664352
TDCJ Lewis Unit
777 FM 3497
Woodville, TX 75990

Re: Your correspondence received in the U.S. District Clerk's Office on 10/31/2023
Case No./Style:

Please be advised that our court records reflect Case No. 3:03-cv-2742-D, Writ of Habeas Corpus as the last case filed. Enclosed are the civil complaint forms should you decide to file a new complaint.

When was this Case filed?
Why is the Notice and Instruction to PRO-SE PARTY Stating CASE NO 3:23-CV-02599-L-BT.?
I'm Confused.

Sincerely,

Deputy Clerk - axm

I wrote in Search of getting the Status to why 7/27/2023 (Date) Complaint get it had Never been Recieved by the Courts. The Above Case Number was From An old Complain.

# United States District Court
## Northern District of Texas

*Dallas Division*

12/18/2023

Douglas Brown
#664352
TDCJ Lewis Unit
777 FM 3497
Woodville, TX 75990

Re: Your correspondence received in the U.S. District Clerk's Office on 12/12/2023
Case No./Style:

The court's authority is limited to civil and criminal cases that are pending before it. To the extent you wish to assert civil rights violations, I have enclosed a civil rights complaint form and a form on which you may apply to proceed in forma pauperis.

My original Complaint was Notarized and left with the law library Staff here on Bib Lewis 7/27/2023. The Complaint was Never mailed period

Sincerely,

Deputy Clerk - axm

U.S. District Court
Office of the Clerk
1100 Commerce St. Rm 1452
Dallas Tx 75215.

1/11/2024

Clerk,
I originally Completed this Civil Complaint 5 months Ago.
It was Notarized And Mailed by the Gib Lewis Unit law library Staff on 7/27/2023. I never Recieved Anything From the Court to let me know it was Recieved period. Somehow My Complaint was Mishandled and Case 3:23-CV-2599 was Somehow Opened yet my Original Complaint has been lost Forcing me to Re-File it and its Cost me 5 months.
I wrote You Several Times to No Avail period.
Enclosed is A New Complaint Form please Do Not Mishandle it and Force me to have to Start Over again.
I have Enclosed A letter From Dallas Police in which I've Requested the officers Full Name and the Body and Dash Cam Footage. They Continue to Refuse my Request.
I Do Not have A Fair Chance at Justice without this info and Visual Evidents.

x Douglas Brown
644352

Douglas Brown
TDCJ-CID #1350
Lewis Unit
777 FM 3497
Woodville TX 75990

Attention:
U.S. District Court
Attn to the Clerk
1100 Commerce St. Rm 1452
Dallas TX 75242

OFFENDER MAIL
MO. INST...
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION



JAN 2 6 2024

new case