UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DOUGLAS DEON BROWN, | § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | |
| CITY OF DALLAS, *et al.*, | | Case No. 3:24-cv-00218-B-BT |
| Defendants. | | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The District Judge has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated December 31, 2024 (ECF No. 62), , recommending granting ECF Nos. 23, 24, and 35, denying ECF No. 59 and finding ECF No. 53 moot.. The District Judge has made a de novo review of the relevant portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled. The District Judge accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**, this 13th of January, 2025.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE