IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DOUGLAS DEON BROWN, | § | |
| Plaintiff, | § § § | |
| v. | § § | |
| CITY OF DALLAS, *et al.*, | § § | Case No. 3:24-cv-00218-B-BT |
| Defendants. | § § § § § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The District Judge has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated July 30, 2025 (ECF No. 95), recommending granting ECF No. 67 and dismissing Plaintiff's claims. The District Judge has reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the District Judge accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**, this 18th day of August, 2025.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE